UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE

TO: Clerk of the Court
128 East Carrillo Street
Santa Barbara, CA 93101-3101

DATE: 06/06/2016
CASE NO.: ND13-12374-PC
BAR DATE: 02/04/2014
% TO UNSEC: 0.00%

# AMENDED NOTICE OF INTENT TO PAY CLAIMS

IN THE MATTER OF: Juliana Juarez, 461 Baja Court, Camarillo, CA 93010

NOTICE IS HEREBY GIVEN TO DEBTOR AND, IF ANY, COUNSEL FOR DEBTOR THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | Juliana Juarez | 461 Baja Court<br>Camarillo, CA 93010 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | William J Waters | Law Offices of William J Waters APC<br>1445 E Los Angeles Ave Ste 303<br>Simi Valley, CA 93065-7818 | | $600.00 | $600.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | MANSFIELD CHENEY, PC | 1835 KNOLL DRIVE<br>VENTURA, CA 93003 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0001 | AMERICA'S SERVICING COMPANY<br>ACCT# 4531 | 1 HOME CAMPUS<br>MAC#X2302-04C BANKRUPTCY PROCESSING<br>DES MOINES, IA 50328 | 02/04/2014 | $51,329.44 | $50,965.64 | 0.00 | RESIDENCE |
| 0002 | BANK OF AMERICA, N.A.<br>ACCT# 8345 | P O BOX 660933<br>DALLAS, TX 75266-0933 | 02/05/2014 | $0.00 | $0.00 | 0.00 | RESIDENCE |
| 0003 | FRANCHISE TAX BOARD<br>ACCT# 8038 | BANKRUPTCY SECTION MS A340<br>P O BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10/25/2013 | $573.49 | $573.49 | 0.00 | PRIORITY |
| 0004 | Aes/mru<br>ACCT# 0003 | Po Box 2461<br>Harrisburg, PA 17105 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0005 | American Express Bank, FSB<br>ACCT# 2007 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 12/11/2013 | $7,084.23 | $6,850.98 | 0.00 | UNSECURED |
| 0006 | FRANCHISE TAX BOARD<br>ACCT# 8038 | BANKRUPTCY SECTION MS A340<br>P O BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10/25/2013 | $45.28 | $45.28 | 0.00 | UNSECURED |
| 0007 | PORTFOLIO RECOVERY ASSOCIATES<br>ACCT# 5599 | P O BOX 12914<br>NORFOLK, VA 23541 | 02/03/2014 | $4,211.85 | $4,108.30 | 0.00 | UNSECURED |
| 0008 | CITIBANK, NA<br>ACCT# 2742 | 4740 121ST STREET<br>URBANDALE, IA 50323 | 01/13/2014 | $3,366.56 | $3,303.00 | 0.00 | UNSECURED |
| 0009 | ECMC<br>ACCT# 8038 | P O BOX 16478<br>LOCKBOX 8682<br>ST. PAUL, MN 55116-0478 | 10/22/2013 | $29,134.06 | $29,134.06 | 0.00 | UNSECURED |
| 0010 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0011 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |

AMENDED NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0012 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0013 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0014 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0015 | Sallie Mae<br>ACCT# 4947 | PO Box 9500<br>Wilkes Barre, PA 18773 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0016 | SunTrust Bank<br>ACCT# 0C60 | Attn. Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | 09/30/2013 | $42,643.24 | $42,643.24 | 0.00 | UNSECURED |
| 0017 | PORTFOLIO RECOVERY ASSOCIATES<br>ACCT# 8165 | P O BOX 12914<br>NORFOLK, VA 23541 | 02/04/2014 | $0.00 | $2,295.39 | 0.00 | UNSECURED |
| 0018 | BANK OF AMERICA, N.A.<br>ACCT# 8345 | P O BOX 660933<br>DALLAS, TX 75266-0933 | 02/05/2014 | $0.00 | $143,554.02 | 0.00 | UNSECURED |

| | |
|---|---|
| TOTAL PRIORITY: | $1,173.49 |
| TOTAL SECURED: | $50,965.64 |
| TOTAL UNSECURED: | $231,934.27 |
| TOTAL ALL CLAIMS: | $284,073.40 |

*** * * EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY * * ***

| | | | |
|---|---|---|---|
| 0004 | Aes/mru<br>ACCT# 0003 | Po Box 2461<br>Harrisburg, PA 17105 | NO CLAIM FILED |
| 0010 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | NO CLAIM FILED |
| 0011 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | NO CLAIM FILED |
| 0012 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | NO CLAIM FILED |
| 0013 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | NO CLAIM FILED |
| 0014 | Sallie Mae<br>ACCT# 8038 | PO Box 9500<br>Wilkes Barre, PA 18773 | NO CLAIM FILED |
| 0015 | Sallie Mae<br>ACCT# 4947 | PO Box 9500<br>Wilkes Barre, PA 18773 | NO CLAIM FILED |

DATED: June 10, 2016

/s/ Elizabeth F. Rojas

Elizabeth Rojas, Trustee

AMENDED NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15260 Ventura Blvd., Suite 710, Sherman Oaks, CA 91403, and that on June 10, 2016, I mailed and/or electronic copies were served to:

Juliana Juarez
461 Baja Court
Camarillo, CA 93010

MANSFIELD CHENEY, PC
1835 KNOLL DRIVE
VENTURA, CA 93003

Clerk of the Court
128 East Carrillo Street
Santa Barbara, CA 93101-3101

Executed at Sherman Oaks, California on June 06, 2016.

/s/ Ellen Latsch

Ellen Latsch
Claims Administrator