**Andrew S. Mansfield**
**2775 N. Ventura Rd., Suite 201**
**Oxnard, CA 93036**
**805-642-6406 Fax: 805-642-4648**
**174556**
**info@mcpclawfirm.com**

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Name of Debtor(s) listed on the bankruptcy case:

**Juliana Juarez**

CASE NO.: **9:13-bk-12374**

Chapter: **13**

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by: ☑ Debtor ☐ Joint-Debtor ☐ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Juliana Juarez
   Mailing Address: 461 Baja Court
   City, State, Zip Code: Camarillo, CA 93010

3. **New Address:**
   Mailing Address: 913 Chickadee Dr.
   City, State, Zip Code: Venice, FL 34285

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number ____________________

Joint Debtor's DeBN account number ____________________

Date: **October 4, 2016**

Andrew S. Mansfield
Requestor's printed name(s)

/s/ Andrew S. Mansfield
Requestor's signature(s)

Counsel for Debtor
Title (if applicable, of corporate officer, partner, or agent)